UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

MOHAMMED ALI

                                                 Plaintiff,          Index No. 07 CV 10614

              -against-

                                                                    **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK; and individually and in their
official capacity as New York City Police Officers ARTHUR
CLARKE (Shield No. 8001), and JOHN DOES 1-5

                                                Defendants.
-------------------------------------------------------------------------x

SEAN BASINSKI, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and reside in the State of New York.
2. On the 28th day of November, 2007, at about 3:50 p.m., I served a true copy of the **Summons and Complaint** and the **Civil Cover Sheet** upon the City of New York by delivering to, and leaving personally at the offices of the New York City Law Department, 100 Church Street, 4th Floor, New York, NY 10007, with Tamekia Mendes Gammon, docketing clerk.
3. Deponent describes the person served as follows: Female, African-American, age approximately 30, height approximately 5'6", weight approximately 110 pounds.

Dated:     New York, New York
              November 28, 2007

_____
Sean Basinski
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038

Sworn to and subscribed before me this 28nd day of November, 2007

_____
Notary Public

ERNIE COLLETTE
NOTARY PUBLIC, STATE OF NEW YORK
No. 01CO6140640
QUALIFIED IN KINGS COUNTY
CERTIFICATE FILED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 30, 2010