UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MOHAMMED L. ALI,

                                              Plaintiff,          07 –CV-10614
                                                                   (DLC)

    - against -

                                                                          (ECF)

CITY OF NEW YORK; and individually and in their
official capacity as New York City Police Officer
ARTHUR CLARKE (Shield No. 8001) and JOHN
DOES 1-5,

                                              Defendants.

------------------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Mary O'Sullivan, appears as counsel for defendants and requests to receive notice of all docket events via the Electronic Case Filing system.

Dated:  New York, New York
           December 17, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for Defendants
                                          100 Church St., Rm.5-174
                                          New York, New York 10007
                                          Email: mosulliv@law.nyc.gov
                                          Tel: (212) 788-1003
                                          Fax: (212) 791-9714

                                          By:    _____
                                                    Mary O'Sullivan (MO-8495)
                                                    Assistant Corporation Counsel

TO:    URBAN JUSTICE CENTER, Attorney for Plaintiff
         Att: Sean Basinski, Esq.