UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MOHAMMED L. ALI

                                  Plaintiff,                 07-CV-10614

      -against-

                                                          NOTICE OF APPEARANCE

CITY OF NEW YORK; and individually and in their
official capacity as New York City Police Officer ARTHUR
CLARKE (Shield No. 8001), and JOHN DOES 1-5

                                  Defendants.
-----------------------------------------------------------------------x

**TO THE CLERK OF THE COURT:**

      PLEASE TAKE NOTICE that the undersigned, Sean Basinski, appears as counsel for Plaintiff, and requests to receive notice of all docket events via the Electronic Case Filing system.

Dated:      New York, New York
               January 11, 2008

                                                                Respectfully submitted,

                                                                SEAN BASINSKI / SB3597
                                                                 Urban Justice Center
                                                                 123 William Street, 16th Floor
                                                                 New York, NY 10038
                                                                 (646) 602-5679 phone
                                                                 (212) 533-4598 fax