UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- -X
                     :
MOHAMMED L. ALI,                 :    07 CIV. 10614 (DLC)
                     :    (HBP)*
            Plaintiff,        :
                     :    ORDER OF
   -v-                    :    REFERENCE TO A
                     :    MAGISTRATE JUDGE
THE CITY OF NEW YORK; and individually and in   :
their official capacity as New York City Police Officer   :
ARTHUR CLARKE (Shield No. 8001), and JOHN DOES :
1-5,                     :
            Defendants,    :
-------------------------------------------- -X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/15/08

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | ___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute* | | ___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ | | Purpose: _____ |
| _____ | | |
| ___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | ___ Habeas Corpus |
| X Settlement* | | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: _____ |
| | | _____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
           February 15, 2008

                        **DENISE COTE**
                      United States District Judge