```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MOHAMMED L. ALI,

        Plaintiff,      07 Civ. 10614 (DLC)

  -against-                      STIPULATION AND
                                ORDER OF DISMISSAL
CITY OF NEW YORK, et al.,

        Defendants,
----------------------------------------X

It having been reported to this Court that the above entitled action has been settled,

It is, on this 23rd day of April, 2008

ORDERED that this action is dismissed with prejudice and without costs provided that within one hundred twenty (120) days of the date of this Order, plaintiff's claims may be reinstated for good cause shown.

Dated: New York, New York
      April 23, 2008

CONSENTED TO:

Urban Justice Center                    Office of the Corporation Counsel

_____               _____
By: Sean Basinski, Esq.                 By: Mary O'Sullivan, Esq.
Attorney for Plaintiff                  Attorney for Defendants


Dated: New York, New York
      April 23, 2008

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge

April 24, 2008